**Exhibit A to the Complaint**

**Location:** Washington, DC  
**Total Works Infringed:** 44  
**IP Address:** 73.128.188.178  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 455FC34D83448CED0DA12AE43BBCFC8AE7E8CBE4 | Blacked | 08/17/2018 16:11:01 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 2 | 017D0D679F8CBA59F0B68A516B260C36B7431371 | Blacked Raw | 08/19/2018 09:10:03 | 08/10/2018 | 09/01/2018 | 16920623992 |
| 3 | 04BD756B6DA14FD70B2CF80929A30E238ACC204F | Blacked Raw | 08/07/2018 09:26:04 | 12/13/2017 | 01/02/2018 | PA0002097434 |
| 4 | 0F7C251925891B2F6EFA9DD8A4FABDC7F7FEADA7 | Blacked Raw | 05/07/2018 05:46:03 | 05/02/2018 | 05/19/2018 | 16665888016 |
| 5 | 15B4D4AF83BFA9B878DC09AE42B59EACD98F520A | Blacked | 05/03/2018 19:39:25 | 03/31/2018 | 04/12/2018 | PA0002091516 |
| 6 | 16555D0B42BC0D3EC0E225C35FE3B0B4BF58F4BE | Blacked | 05/03/2018 19:33:00 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 7 | 25BB736475DB18C804D23B6C8888A5CA4BC9F352 | Vixen | 06/21/2018 20:18:16 | 02/28/2018 | 04/17/2018 | PA0002116071 |
| 8 | 27FE866B6C2C923F076F9DA9E91B076AD79DBAFD | Blacked Raw | 06/27/2018 17:40:18 | 06/26/2018 | 07/15/2018 | 16822264368 |
| 9 | 2B35077BB0FF1DB2B82A555BD6E0ED937E78DF1E | Tushy | 08/19/2018 22:21:37 | 08/19/2018 | 09/01/2018 | 16920689757 |
| 10 | 2E9ECA6734B75A2F032E5E851736E9AF8767C0C1 | Blacked Raw | 07/03/2018 05:10:20 | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 11 | 315D8541DB1D662AC2066080E6EE6AAEE4C28EFE | Blacked Raw | 08/08/2018 07:38:05 | 04/27/2018 | 05/24/2018 | PA0002101367 |
| 12 | 415A34407CAB2689A4E547B17371FDEE13A1DA1C | Vixen | 05/08/2018 07:52:42 | 04/14/2018 | 05/19/2018 | 16665887967 |
| 13 | 4731DD26245839BE059B8C6A7E296080EE666A7A | Blacked | 07/05/2018 03:53:25 | 03/06/2018 | 04/12/2018 | PA0002091581 |
| 14 | 4A8B0DFCD3078B47AD08C5A470AAA6D773E49726 | Blacked Raw | 08/08/2018 07:37:07 | 07/21/2018 | 09/01/2018 | PA0002119592 |
| 15 | 4FC970D0DADE5E20F4033C4272130C8F515758E6 | Blacked | 05/15/2018 15:49:58 | 04/05/2018 | 04/17/2018 | PA0002116752 |
| 16 | 53A62BB214CDDCDA08B15128E75BCF59CCFBF968 | Blacked Raw | 08/07/2018 09:25:30 | 08/05/2018 | 09/01/2018 | PA0002119682 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 568CAD039761518DFBEB124973313CBB8ACFAD69 | Blacked | 06/26/2018 05:41:20 | 06/19/2018 | 06/30/2018 | 16758501621 |
| 18 | 59F81AC5F81A13F75FB2CEAD1974951CF9750140 | Blacked Raw | 08/20/2018 04:43:47 | 11/03/2017 | 12/04/2017 | PA0002098024 |
| 19 | 5BE0C3B217F95FC94F3E105394F3BC7F49D23158 | Blacked Raw | 07/16/2018 05:47:57 | 01/07/2018 | 01/24/2018 | PA0002101759 |
| 20 | 5C9D075CE2E82ABF86AD93F8C2BAD8F3F31416B9 | Blacked Raw | 06/22/2018 11:51:05 | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 21 | 679309E9A23E7E35EEE54D07DFBB98467D9CA9C3 | Blacked Raw | 08/19/2018 09:24:14 | 08/15/2018 | 09/01/2018 | PA0002119585 |
| 22 | 7528FC38C1A6626728310AC8C771BF7784489F0A | Blacked | 07/16/2018 05:30:57 | 07/09/2018 | 07/15/2018 | 16822147171 |
| 23 | 83945AF0886D9B1EBA871A27A0A21058B92103C0 | Blacked Raw | 07/16/2018 05:42:27 | 07/06/2018 | 07/26/2018 | PA0002112158 |
| 24 | 8A32532980EC718049E718F5AA36EBBC7E66214C | Tushy | 08/19/2018 09:11:10 | 05/21/2018 | 06/30/2018 | 16758569333 |
| 25 | 8CBD788656EDC97A7EC1E7517B45F59B914BD4CA | Blacked Raw | 07/31/2018 06:13:32 | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 26 | 8E4B8BC365E1B764CDEB0B3E82C9B090DE109174 | Blacked Raw | 08/08/2018 07:36:18 | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 27 | 995597EA92FBD409AD2976F8D7705C60ABFFCCD3 | Blacked | 08/07/2018 09:18:26 | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 28 | 99A451025FCEF3A88E54F9F8659326CA008D6F09 | Blacked Raw | 07/16/2018 05:40:08 | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 29 | 9D2D7FAD76BDE55F081EE86EDF936783AC4FC995 | Blacked Raw | 08/07/2018 09:27:17 | 05/17/2018 | 05/19/2018 | 16665887918 |
| 30 | 9FF89A5F86F0503C6D85AAEA7037539944837172 | Blacked | 06/01/2018 22:42:50 | 05/20/2018 | 06/30/2018 | 16761912270 |
| 31 | A190F7C27C443F36DC37389AEB8EEE06BF67F12F | Blacked | 08/07/2018 09:20:00 | 06/14/2018 | 06/30/2018 | 16758501749 |
| 32 | A1EFC44A8AA7A0459F9870CFEED1BC7E7D436C61 | Blacked Raw | 08/07/2018 09:30:10 | 07/31/2018 | 09/01/2018 | 16920689659 |
| 33 | A5F23097376BDE177B47C1E8103299B859A4A7A4 | Blacked | 07/07/2018 01:54:58 | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 34 | B8D0E96D59678A3E8E35BD45A844DCA5BED9CF85 | Blacked Raw | 08/19/2018 09:09:19 | 12/08/2017 | 01/02/2018 | PA0002097423 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | BBDD03ACDD27F69946944926F902DE4C9EBDB640 | Blacked | 06/17/2018 16:18:58 | 06/09/2018 | 06/30/2018 | 16758501887 |
| 36 | C3D7081B492C43F1E7B6AAB1FBF78EDC7288D3B4 | Blacked Raw | 07/16/2018 05:33:26 | 07/11/2018 | 07/19/2018 | 16822264644 |
| 37 | D004FE4CC187D0709C94955D8BF728C72E039D05 | Blacked Raw | 08/08/2018 08:04:27 | 05/22/2018 | 06/30/2018 | 16758501976 |
| 38 | D1C82C2A2D1E09E37B7CA8FA93C6B6E3CF6487E7 | Blacked | 05/05/2018 19:50:37 | 02/19/2018 | 03/02/2018 | PA0002104735 |
| 39 | D4D7109AD54F547E9A80AF587FB2DB0FF2D01464 | Blacked | 07/16/2018 05:29:34 | 07/14/2018 | 07/19/2018 | 16822264220 |
| 40 | D6DEBE46E7EC94F76549F753AFF33DAB60525925 | Blacked Raw | 05/03/2018 23:53:15 | 02/11/2018 | 03/02/2018 | PA0002104740 |
| 41 | DBB49C617748E8F350068389726298C4E8C6E72E | Blacked Raw | 07/31/2018 06:16:59 | 12/18/2017 | 01/23/2018 | PA0002101753 |
| 42 | E4E37FEE18D455CD26C68D02FA92B70501ABFCA7 | Blacked Raw | 07/16/2018 06:00:06 | 01/12/2018 | 01/23/2018 | PA0002101755 |
| 43 | E644AE29293736FA96224AC12A68F28DD605523D | Blacked | 08/17/2018 16:03:59 | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 44 | EF21A05C41EC188BF9CE47F72D74592A240B1491 | Blacked | 07/03/2018 05:11:54 | 06/29/2018 | 07/26/2018 | PA0002112160 |