**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP address | ) | |
| 73.128.188.178, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for Strike 3 Holdings, LLC, certify that to the best

of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of

Strike 3 Holdings, LLC which have any outstanding securities in the hands of the public.

(1) General Media Systems, LLC; parent company of Strike 3 Holdings, LLC.

These representations are made in order that judges of this Court may determine the need

for recusal.

Attorney of Record for Strike 3 Holdings, LLC.

Dated: September 24, 2018

Respectfully submitted,

By:   /s/ *Jessica Haire*
Jessica Haire, Esq. (1011695)
jhaire@foxrothschild.com
Fox Rothschild LLP
1030 15th Street, NW
Suite 380 East
Washington, DC 20005
Tel.: (202) 461-3100
Fax: (202) 461-3102
www.foxrothschild.com